**Order filed August 30, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00604-CV
_____

**HAPPINESS AJAEGBU AND GABRIEL AJAEGBU, Appellants**

**V.**

**LAS VARANDAS DEL SUR APARTMENT, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1074728**

## O R D E R

The notice of appeal in this case was filed July 26, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 15, 2016.** *See* Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM